# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0934
L.T. Case No. 2017-CF-001406-A

_____

JEFF JEAN BAPTISTE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Steven Whittington, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross,
Assistant Attorney General, Tallahassee, for Appellee.

October 21, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and HARRIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____